# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 12, 2013

### NO. 03-12-00293-CV

**Southwest Pharmacy Solutions, Inc. d/b/a American Pharmacies, Appellant**

**v.**

**Texas Health and Human Services Commission and Thomas Suehs, solely in his Official Capacity as Executive Commissioner of the Texas Health and Human Services Commission, Appellee**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD AFFIRMED -- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the trial court's judgment is in all things affirmed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.